# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157907-8(79)

*In re* J FERRANTI, Minor.

SC: 157907-8
COA: 340117; 340118
Otsego CC Family Division:
13-000071-NA

_____/

On order of the Chief Justice, the motion of the Children's Law Section of the State Bar of Michigan to extend the time for filing a brief amicus curiae to October 11, 2018, is DENIED for the reason that the case is scheduled for oral argument on October 10, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2018



Clerk